AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

Ryan Perkins

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING
## (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number:

I, Ryan Perkins, charged in a (complaint) (petition) pending in this District with delivery of cocaine base in violation of Title 21, U.S.C., 841(a)(1)(b)(1)(B), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

[signature]
Defendant

[signature]
Counsel for Defendant

9-16-05
Date