IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 05 113 ML |
| | ) | |
| | ) | Cr. No. |
| vs. | ) | In violation of 21 U.S.C. |
| | ) | §§ 841(a)(1), (b)(1)(B) and |
| | ) | (b)(1)(C) |
| RYAN PERKINS | ) | |

INDICTMENT

The Grand Jury charges that:

Count I

That on or about July 6, 2005, in the District of Rhode Island, the defendant, RYAN PERKINS, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C).

Count II

That on or about July 19, 2005, in the District of Rhode Island, the defendant, RYAN PERKINS, did knowingly and intentionally distribute five grams or more of a mixture and substance containing a detectable amount of cocaine base, a

Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney

MARY E. ROGERS
Assistant U.S. Attorney
Chief, OCDETF Unit

DATE: 10/12/05