UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 05-113 ML

RYAN PERKINS :

## MOTION TO CONTINUE TRIAL

NOW comes the defendant, Ryan Perkins, and moves to continue the trial in this matter. The defendant seeks an additional period of time, through the Court's trial calendar call in February of 2006, in order to pursue motions relating to the government's informant, a key witness in the case, and to pursue additional investigation. The time that is sought by this motion is excludable under 18 U.S.C. § 3161(h)(8)(A), as the interests of justice served by the granting of this request outweigh the interests of the Government and the defendant in a speedy trial.

Ryan Perkins,
By his attorney,

EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281

## CERTIFICATION

On the 30[th] day of November, 2005, I hereby certify that I hand-delivered a copy of the within to Stephanie Browne, AUSA, at her office address on this date.

________________________