**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **VS.** | : | **CR 05-113ML** |
| **RYAN PERKINS** | : | |

**MOTION FOR REWARDS AND INDUCEMENTS**

NOW COMES the Defendant, Ryan Perkins and moves this Honorable Court provide the defendant with copies of all pertinent rewards, inducements, promises of favorable treatment and similar material relating to the Government's informant who allegedly purchased cocaine base from the defendant in connection with this investigation.

Ryan Perkins
By his Attorney,

EDWARD C. ROY
Assistant Federal Public Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that on this 6th day of December, 2005, I hand-delivered a true copy of the within motion to Stephen G. Dambruch, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 05-113 ML

RYAN PERKINS :

**MEMORANDUM OF LAW IN SUPPPORT OF MOTION FOR REWARDS, INDUCEMENTS**

In this case, the defendant is charged with two counts of delivery of cocaine base. In each case the cocaine was allegedly delivered to an informant, who was working at the request of the government. One count was videotaped, however, the second count was not. Before the defendant can make a knowing, intelligent decision to plead guilty or go to trial, he needs to be aware of all the evidence, including any potential Giglio issues concerning the informant. *See* Giglio v. United States, 405 U.S. 150 (1972).

In the event that the Government has any question concerning the nature of any information in its possession, the defendant would respectfully request that the information be turned over to the court for an **in camera** inspection. The defendant, therefore, moves that this Honorable Court grant this motion as prayed.

RYAN PERKINS,
BY HIS ATTORNEY,

EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of the within to Stephen Dambruch, AUSA on the 6th day of December, 2005.

_______________________