**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR. No. 05-113ML** |
| | : | |
| **RYAN PERKINS** | : | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR REWARDS AND INDUCEMENTS

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Stephanie S. Browne, Assistant U.S. Attorney, and hereby responds to defendant's Motion for Rewards and Inducements.

To date the informant has received a total of $4,550 from the Drug Enforcement Administration and a total of $120 from the Newport Police Department for work performed in this case. At this time the undersigned is unaware of any other payments, inducements or rewards provided to the informant for anything relating to this case. If the government becomes aware of any additional payments, rewards or inducements provided to this

informant for work performed on this case, it will notify counsel for the defendant immediately.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

STEPHANIE S. BROWNE
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th of December 2005, I served a copy of the within Government's Response to Defendant's Motion for Rewards and Inducements to:

Edward C. Roy, Esq.
Federal Public Defender
Federal Public Defenders Office
10 Weybosset Street, Suite 300
Providence, RI 02903

Libana M. Steele