**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA :**

**VS. : CR 05-113ML**

**RYAN PERKINS :**

## MOTION FOR REWARDS AND INDUCEMENTS

NOW COMES the Defendant, Ryan Perkins and moves this Honorable Court provide the defendant with copies of all pertinent rewards, inducements, promises of favorable treatment and similar material relating to the Government's informant who allegedly purchased cocaine base from the defendant in connection with this investigation.

Ryan Perkins
By his Attorney,

EDWARD C. ROY
Assistant Federal Public Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that on this ~~2d~~ 6th day of December, 2005, I hand-delivered a true copy of the within motion to Stephen G. Dambruch, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

Granted. The government has provided the requested information in its Response.
Mary M. Lisi
USDJ 12/13/05